**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

v.                                          **Case No.: 8:25-cr-337-MSS-CPT**

**ALEXANDER TOLON** _____/

**UNOPPOSED MOTION TO CONTINUE TRIAL TERM**

The Defendant, Alexander Tolon, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue the trial term set for the Court's May 2026 trial term, by four months to the September 2026 trial term. The government is not opposed to this request. As grounds in support thereof, Mr. Tolon, states:

1. Mr. Tolon had his initial appearance and arraignment on August 12, 2025, before Honorable Amanda S. Sansone. He was charged via a two-count Indictment of Conspiracy and Distribution of a Controlled Substance, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 84l(a)(l) and (b)(l). Docs. 1 and 23.

2. Mr. Tolon was detained, and the Federal Public Defender's office was appointed. Docs. 23 and 30.

3. A pretrial discovery notice set this matter for October 2025 trial term and joint status report to be filed on the fifteenth of each month. Doc.26.

4. A *Sua Sponte* Order reset the trial term to February 2026. Doc. 31.

5. Parties filed a joint status report and motion requesting trial term to be continued to May 2026 trial term. The Court entered an Order continuing the matter to May 2026 trial term. Docs. 36-38.

6. Defense is seeking a four-cycle continuance as undersigned has retained an expert to analyze cellular phone records in this case. Counsel anticipates it will take 60-90 days for these records to be analyzed *and* for counsel to file notices regarding expert testimony, if necessary.

7. Co-defendant's counsel is unavailable during the month of August due to trial commitments in other courts: Mr. Brunvand will be in trial in Pinellas County, 6th Circuit Court of Florida on two matters, *State v. Frost* and *State v. Wesby*. Mr. Wise will be in trial in Hillsborough County, 13th Circuit Court of Florida on the matter of *State v. Nekko Orta*.

8. Undersigned has conferred with Assistant United States Attorney Candace Garcia Rich, who has advised that the government does not oppose the relief sought in this motion.

9. Undersigned has conferred with Bjorn Brunvand and Jervis Wise, counsel for Mr. Martini who join in this motion.

10.    Mr. Tolon is in agreement with this motion and waives his speedy

trial through September 30, 2026.

## MEMORANDUM OF LAW

Local Rule 3.08 states that a party must timely move for a continuance and explain the reason a continuance is justified and the effort to resolve any scheduling conflict. Mr. Tolon argues that this motion satisfies the criteria of the local rule. This request is made in good faith, in the interest of justice, and not to unnecessarily delay the proceedings.

WHEREFORE, the Defendant, Mr. Alexander Tolon, respectfully requests this Honorable Court to make a proper finding that the ends of justice served by a continuance outweigh the best interests of the public and the defendants in a speedy trial and enter an Order continuing the trial to the September 2026 trial term.

DATED this 19th day of April 2026.

CHARLES L. PRITCHARD JR.
FEDERAL PUBLIC DEFENDER

/s/ Ryan J. Maguire
Ryan J. Maguire,
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of April 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Candice Garcia Rich, AUSA

Bjorn Brunvand

J. Jervis Wise

/s/ Ryan J. Maguire
Ryan J. Maguire,
Assistant Federal Defender