UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

     v.                                  CASE NO. 8:25-cr-337-MSS-CPT

MICHAEL MARTINI and
ALEXANDER TOLON

## **NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby respectfully requests that the Clerk of Court

substitute the undersigned as government counsel for Assistant United States

Attorney Candace Garcia Rich.

                                       Respectfully submitted,

                                       GREGORY W. KEHOE
                                        United States Attorney

         By:   /s/ Samantha E. Beckman
              Samantha E. Beckman
              Assistant United States Attorney
              FL Bar No 102533
              400 N. Tampa St., Ste. 3200
              Tampa, FL 33602-4798
              Telephone: (813) 274-6000
              Facsimile: (813) 274-6358
              E-mail: Samantha.Beckman@usdoj.gov

**U.S. v. Martini, et al.**                              **Case No. 8:25-cr-337-MSS-CPT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Counsels of Record

By:    <u>/s/ Samantha E. Beckman</u>
       Samantha E. Beckman
       Assistant United States Attorney
       FL Bar No 102533
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Samantha.Beckman@usdoj.gov