UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:25-cr-337-MSS-CPT

MICHAEL MARTINI and
ALEXANDER TOLON

## **NOTICE OF APPEARANCE**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files this Notice of Appearance of the undersigned

as counsel for the United States in the above-captioned case.

Assistant United States Attorney Jeff Chang has been assigned as co-counsel

in this case. Please forward all materials in this case to both counsel and co-counsel

from this date forward.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Jeff Chang*_____
Jeff Chang
Assistant United States Attorney
Florida Bar No. 1025340
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6103
E-mail: Jeffrey.Chang@usdoj.gov

**U.S. v. Martini, et al.**                                   **Case No. 8:25-cr-337-MSS-CPT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Counsels of Record

> */s/ Jeff Chang*_____
> Jeff Chang
> Assistant United States Attorney
> Florida Bar No. 1025340
> 400 N. Tampa St., Ste. 3200
> Tampa, FL 33602-4798
> Telephone: (813) 274-6000
> Facsimile: (813) 274-6103
> E-mail: Jeffrey.Chang@usdoj.gov

2