UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA :

v. : Case No. 8:25-CR-337-MSS-CPT

MICHAEL MARTINI :

**UNOPPOSED MOTION TO CONTINUE TRIAL**

Defendant, MICHAEL MARTINI, by and through undersigned counsel, hereby moves this Honorable Court to continue the trial scheduled for the September 2026 trial docket until the December 2026 trial docket, and as grounds therefore, states as follows:

1. Counsel has diligently prepared this matter for trial, but is in need of additional time to fully prepare for trial or resolution short of trial.

2. Counsel will be out of the country November 4, 2026 through November 18, 2026.

3. Counsel has discussed this motion with assistant federal defender Ryan Maguire and he joins in the motion to schedule this matter for trial in May of 2026.

4. Counsel has discussed this motion with AUSA Samantha Beckman, and she has no objection to the requested continuance.

5. Defendant has authorized counsel to waive speedy trial through April of 2027.

6. Counsel hereby certifies that this motion is made in good faith and not for purposes of unnecessary delay.

WHEREFORE, the Defendant respectfully requests this Honorable Court to grant this unopposed motion to continue the trial until the December 2026 trial term.

Respectfully Submitted,

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
Counsel for the Defendant
Michael Martini

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 18, 2026, I electronically filed the following with the Clerk of Court with notice of electronic filing to counsel for all parties.

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
BRUNVAND, WISE & FARINELLA LAW GROUP
Counsel for the Defendant
615 Turner Street
Clearwater, Florida 33756
Telephone No.: (727)446-7505
Facsimile No.: (727)446-8147
Email: bjorn@acquitter.com
Florida Bar No. 831077