UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-337-MSS-CPT

MICHAEL MARTINI, ET AL.

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Assistant United States Attorney Samantha E. Beckman.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Mark E. Andreu*

Mark E. Andreu
Assistant United States Attorney
Florida Bar No. 85703
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Mark.Andreu@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Counsels of Record

By: *_/s/ Mark E. Andreu_*

Mark E. Andreu
Assistant United States Attorney
Florida Bar No. 85703
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Mark.Andreu@usdoj.gov