UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-337-MSS-CPT

MICHAEL MARTINI, and
ALEXANDER TOLON

**GOVERNMENT'S STATUS REPORT**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of July 14, 2025, the United States herein states as follows:

1. Brief summary of the case's status:

   Both defendants were indicted on July 8, 2025, and charged with one count of conspiracy to distribute fentanyl resulting in death, and one count of distribution of fentanyl resulting in death. On July 11, 2025, Martini was ordered detained pending trial. On August 12, 2025, Tolon was also detained. Discovery has been provided to both defendants.

2. Possibility of a plea agreement as to each defendant:

   Plea discussions are underway with both defendants. One of the codefendants has provided a proffer to law enforcement.

3. Number of days required for trial, for government's case-in-chief:

   If this case were to proceed to trial, the parties agree it would take

approximately 3-5 days to try.

4. Pending motions, dates on which they were filed, and whether they are ripe for determination:

   On August 18, 2026, Martini filed an unopposed motion to continue the trial from September 2026 to December 2026. (Dkt. 48). Tolon joined in the motion to continue. The motion is ripe for determination.

5. Potential speedy trial problems:

   Should the Court grant the pending motion to continue, the Court will need to determine that the period of delay is excluded under the Speedy Trial Act. Martini has waived speedy trial through April 2027. (Dkt. 48).

The United States has consulted with counsel for the defendants herein and all parties agree to the above information.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: <u>*/s/ Mark E. Andreu*</u>

Mark E. Andreu
Assistant United States Attorney
Florida Bar No. 85703
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Mark.Andreu@usdoj.gov

**U.S. v. Michael Martini, et al.** **Case No. 8:25-cr-337-MSS-CPT**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Counsels of Record

*/s/ Mark E. Andreu*
Mark E. Andreu
Assistant United States Attorney
Florida Bar No. 85703
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Mark.Andreu@usdoj.gov